UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re

Vanessa L Glalsey

Case No. 25-11492

Chapter 7

Debtor(s)

FILED
FRONT COUNTER
2025 JUL 24 PM 1:47
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

# COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ______ flash drive listing a total of ______ creditors; or

(b) ✓ scannable hard copy, with Request for Waiver attached, consisting of 7 pages, listing a total of 37 creditors

[signature]
Debtor

______________________
Joint Debtor

Date: 7-24-2025

*[Check if applicable]* ______ Creditor(s) with foreign addresses included on flash drive/hard copy.

Vanessa Halsey - Debtor
# 25-11492- Petition

**Bankruptcy 2025/26**

1. **Paula Salvalggio**

**% PBS Construction LLC**

**2862 County Road 658,**

**Farmersville, TX 75442**

2. **Matrix Cards**

**(Issued by Celtic Bank, serviced by Continental Finance)**

**Continental Finance**

**P.O. Box 8099**

**Newark, DE 19714-8099**

3. **Aargon Agency, Inc.**

**8668 Spring Mountain Road, Suite 110**

**Las Vegas, NV 89117-4113**

**REF#4684-587217**

4. **First Credit Services, Inc**

**9 Wills Way Bldg 3**

**Piscataway, Nj 08854-3770**

5. **MDTA**

**Maryland Transportation Authority**

**P.O. Box 5060**

**Middle River, MD 21220-5060**

Vanessa Halsey
Petition# 25-11492

6. **Montgomery County Automated Traffic Enforcement**

**PO Box 10549**

**Rockville, MD 20849**

7. **Total Cards**

**P.O. Box 89725**

**Sioux Falls, SD 57109-9725**

8. **Fingerhut Cards**

**WebBank / Fingerhut Credit Account Services**

**P.O. Box 1250**

**St. Cloud, MN 56395-1250**

9. **Credit One Bank**

**Credit One Bank**

**P.O. Box 98873**

**Las Vegas, NV 89193-8873**

10. **Surge Cards**

**(Issued by Celtic Bank, serviced by Continental Finance)**

**Continental Finance**

**P.O. Box 8099**

**Newark, DE 19714-8099**

Vanessa Halsey
Petition # 25-11492

**11. Central Collections Unit**

**300 West Preston Street**

**Baltimore, MD 21201**

**12. First Premier Cards**

**First PREMIER Bank**

**P.O. Box 5528**

**Sioux Falls, SD 57117-5528**

**13. University of North Texas**

**1155 Union Circle #311400**

**Denton, TX 76203-1400**

**14. Continental Finance**

**4550 New Linden Hill Road, Suite 400**

**Wilmington, DE 19808**

**15. U.S. Acute Care Solutions**

**4535 Dressler Road NW**

**Canton, OH 44718**

**16. University of Maryland Global Campus**

**3501 University Blvd. East**

**Adelphi, MD 20783**

Vanessa Halsey
petition# 25-11492

17. Springfield IRS Office

Internal Revenue Service

3101 Constitution Drive

Springfield, IL 62704

Internal Revenue Services

$72,802.80

18. Resurgent Capital Services

PO Box 10497

Greenville, SC 29603-0497

19. Department of Education

Federal Student Aid Bankruptcy Unit

50 United Nations Plaza

Mailbox 1200, Room 1240

San Franscisco, Ca 94102

20. CKS Prime Investments, LLC

1800 Route 34 North

Building 3, Suite 305C

Wall Township, NJ 07719

21. Century 21 Judge Fite Company

Attn: Bill Steddum

352 Matlock Road, Suite 300

Mansfield, TX 76063

Vanessa Halsey
Petition # 25-11492

**22. DLLR Unemployment Insurance**

**Maryland Department of Labor**

**Division of Unemployment Insurance**

**1100 N. Eutaw Street, Room 401**

**Baltimore, MD 21201**

**23. DHR Charles County, MD**

**Charles County Department of Social Services**

**200 Kent Avenue**

**La Plata, MD 20646**

**24. Rent Grow, Inc.**

**117 Huntington Avenue, Suite 1703 #74213**

**Boston, MA 02115**

**25. Virginia Commonwealth University**

**907 Floyd Avenue**

**Richmond, VA 23284**

**26. INOVA Health Plex**

**6355 Walker Lane**

**Alexandria, VA 22310**

**27. The Vineyard on Lancaster Apartments**

**1401 E. Lancaster Ave**

**Fort Worth, TX 76102**

Vanessa Halsey
Petition # 25-11492

**28. North Texas Tollway Authority**

**P.O. Box 660244**

**Dallas, TX 75266-0244**

**29. Southwest Credit Systems, L.P.**

**4120 International Parkway, Suite 1100**

**Carrollton, TX 75007**

**30. Citibank Cards**

**P.O. Box 6500**

**Sioux Falls, SD 57117**

**31. Capital One Cards**

**P.O. Box 30285**

**Salt Lake City, UT 84130-0285**

**32. Michael Wayne Investments**

**1234 Investment Lane**

**Houston, TX 77002**

**33. National Credit Systems, Inc.**

**P.O. Box 312125**

**Atlanta, GA 31131**

**34. United Revenue Corporation**

**P.O. Box 1188**

**Arlington, TX 76004**

Vanessa Halsey
petition# 25-11492

**35. Consumer Adjustment Company, Inc.**

**12855 Tesson Ferry Road**

**St. Louis, MO 63128**

**36. Celtic Bank Card**

**268 South State Street, Suite 300**

**Salt Lake City, UT 84111**

**37. Avant Card / Web Bank**

**Avant, LLC**

**222 N. LaSalle St., Suite 1700**

**Chicago, IL 60601**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

**In re** Vanessa L. Halsey **Case No.** 25-11492

**Debtor(s)** **Chapter** 7

**REQUEST FOR WAIVER**

The debtor(s) hereby request(s) that the Court waive the requirement of the mailing matrix submission on a flash drive as required by LBR 1007-1. Due to financial constraints and the inability to access the equipment necessary to comply with this requirement, the petitioner requests acceptance of the matrix submitted in the hard-copy scannable format.

The debtor understands that if the court denies the request, the debtor or the attorney for the debtor shall submit the list of creditors on flash drive no later than three (3) business days after the clerk's notification that the request has been denied.

________________________
Debtor

________________________
Joint Debtor

Date: 7-24-2025