# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

Case Number 25−11492−BFK
Chapter 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vanessa Lee Halsey
350 S. Van Dorn Street
Alexandria, VA 22304

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−2663

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−3 STATEMENT OF INTENTION;
## AND HEARING THEREON

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on July 24, 2025 . Pursuant to Local Bankruptcy Rule 1007−3, please be advised that the Statement of Intention is missing and must be filed within thirty (30) days of the petition date or on or before the meeting of creditors date, whichever is earlier.

**Statement of Intention Due:   August 25, 2025**.

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: September 16, 2025*
*Time: 09:30 AM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure the deficiency or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

Date:   July 25, 2025

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

/s/   Linda M. Hall
Deputy Clerk
Direct Dial Telephone No. 757−222−7516

[10073vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-11492-BFK

Vanessa Lee Halsey     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: halllinda     Page 1 of 2

Date Rcvd: Jul 25, 2025     Form ID: 10073     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 16780565 | | CKS Prime Investments, LLC 1800 Route 34 North, Building 3, Suite 305C, Wall Township, NJ 07719 |
| 16780611 | + | Celtic Bank Card, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 16780567 | + | Century 21 Judge Fite Company Attn:, Bill Steddum, 352 Matlock Road, Suite 300, Mansfield, TX 76063-2081 |
| 16780583 | + | Consumer Adjustment Company, Inc. 12855 Tesson Fer, St. Louis, MO 63128-2912 |
| 16780569 | | DHR Charles County, MD, Charles County Department of Social Serv, La Plata, MD 20646 |
| 16780568 | + | DLLR Unemployment Insurance Maryland Department of, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 16780564 | | Department of Education Federal Student Aid Bankru, Mailbox 1200, Room 1240, San Francisco, Ca 94102 |
| 16780489 | | Fingerhut Cards, WebBank / Fingerhut Credit Account Servi, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 16780573 | + | INOV A Health Plex, 6355 Walker Lane, Alexandria, VA 22310-3245 |
| 16780485 | + | MDTA, Maryland Transportation Authority, P.O. Box 5060, Middle River, MD 21220-0060 |
| 16780481 | | Matrix Cards, (Issued by Celtic Bank, serviced by Cont, P .O. Box 8099, Newark, DE 19714-8099 |
| 16780579 | | Michael Wayne Investments, 1234 Investment Lane, Houston, TX 77002 |
| 16780487 | | Montgomery County Automated Traffic Enforcement PO, Rockville, MD 20849 |
| 16780480 | + | Paula Salvalggio, % PBS Construction LLC, 2862 County Road 658,, Farmersville, TX 75442-6235 |
| 16780570 | + | Rent Grow, Inc., 117 Huntington Avenue,, Suite 1703 #74213 Boston, MA 02199-7602 |
| 16780562 | + | Springfield IRS Office, Internal Revenue Service, 3101 Constitution Drive, Springfield, IL 62704-6728 |
| 16780574 | + | The Vineyard on Lancaster Apartments, 1401 E. Lancaster Ave, Fort Worth, TX 76102-6776 |
| 16780547 | + | U.S. Acute Care Solutions, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 16781264 | + | US Attorney Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5794 |
| 16780582 | + | United Revenue Corporation, P.O. Box 1188, Arlington, TX 76004-1188 |
| 16780548 | + | University of Maryland Global Campus 3501 Universi, Adelphi, MD 20783-7998 |
| 16780545 | + | University of North Texas, 1155 Union Circle #311400, Denton, TX 76203-5017 |
| 16780572 | | Virginia Commonwealth University, 907 Floyd A venue, Richmond, VA 23284 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: itzladylexi@gmail.com | Jul 26 2025 00:41:00 | Vanessa Lee Halsey, 350 S. Van Dorn Street, Alexandria, VA 22304-4346 |
| 16780483 | + | Email/Text: aargon@ebn.phinsolutions.com | Jul 26 2025 00:43:00 | Aargon Agency, Inc., 8668 Spring Mountain Road, Suite 110, Las Vegas, NV 89117-4119 |
| 16780612 | + | Email/Text: bk@avant.com | Jul 26 2025 00:44:00 | Avant Card/ Web Bank, Avant, LLC, 222 N. LaSalle St., Suite 1700, Chicago, IL 60601-1101 |
| 16780546 | | Email/Text: cfcbackoffice@contfinco.com | Jul 26 2025 00:42:00 | Continental Finance, 4550 New Linden Hill Road,, Suite 400 Wilmington, DE 19808 |
| 16780578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2025 01:00:18 | Capital One Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16780577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2025 00:48:11 | Citibank Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 16780493 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2025 00:48:54 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16780484 | | Email/Text: consumers@fcsbpo.com | Jul 26 2025 00:42:00 | First Credit Services, Inc, 9 Wills Way Bldg 3, Piscataway, Nj 08854-3770 |
| 16780544 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 26 2025 00:48:19 | First Premier Cards, First PREMIER Bank, P.O. Box 5528, Sioux Falls, SD 57117-5528 |
| 16780580 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 26 2025 00:42:00 | National Credit Systems, Inc., P.O. Box 312125, Atlanta, GA 31131 |
| 16780575 | | Email/Text: bankruptcy@ntta.org | Jul 26 2025 00:44:00 | North Texas Tollway Authority, P.O. Box 660244, Dallas, TX 75266-0244 |
| 16780563 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2025 00:48:14 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 16780543 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jul 26 2025 00:42:00 | Central Collections Unit, 300 West Preston Street, Baltimore, MD 21201 |
| 16780576 | + | Email/Text: bankruptcy@sw-credit.com | Jul 26 2025 00:43:00 | Southwest Credit Systems, L.P., 4120 International Parkway,, Suite 1100 Carrollton, TX 75007-1958 |
| 16780494 | | Email/Text: cfcbackoffice@contfinco.com | Jul 26 2025 00:42:00 | Surge Cards, (Issued by Celtic Bank, serviced by Cont, P.O. Box 8099, Newark, DE 19714-8099 |
| 16780488 | | Email/Text: famc-bk@1stassociates.com | Jul 26 2025 00:43:00 | Total Cards, P.O. Box 89725, Sioux Falls, SD 57109-9725 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16780566 | * | CKS Prime Investments, LLC 1800 Route 34 North, Building 3, Suite 305C, Wall Township, NJ 07719 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2