| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Vanessa Lee Halsey<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2663 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7    7/24/25 |
| Case number: | 25–11492–BFK | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Vanessa Lee Halsey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 350 S. Van Dorn Street<br>Alexandria, VA 22304 | |
| 4. | **Debtor's attorney**<br>Name and address | Pro Se | |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald F. King<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190 | Contact phone (703) 218–2100<br>Email: Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: July 25, 2025 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 558 700 8596, and Passcode 1201030112, or call 1(571) 758–2246** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: October 20, 2025** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 14. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 25-11492-BFK

Vanessa Lee Halsey  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: halllinda      Page 1 of 3
Date Rcvd: Jul 25, 2025      Form ID: 309A      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 16780565 | | CKS Prime Investments, LLC 1800 Route 34 North, Building 3, Suite 305C, Wall Township, NJ 07719 |
| 16780611 | + | Celtic Bank Card, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 16780567 | + | Century 21 Judge Fite Company Attn:, Bill Steddum, 352 Matlock Road, Suite 300, Mansfield, TX 76063-2081 |
| 16780583 | + | Consumer Adjustment Company, Inc. 12855 Tesson Fer, St. Louis, MO 63128-2912 |
| 16780569 | | DHR Charles County, MD, Charles County Department of Social Serv, La Plata, MD 20646 |
| 16780568 | + | DLLR Unemployment Insurance Maryland Department of, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 16780564 | | Department of Education Federal Student Aid Bankru, Mailbox 1200, Room 1240, San Francisco, Ca 94102 |
| 16780489 | | Fingerhut Cards, WebBank / Fingerhut Credit Account Servi, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 16780573 | + | INOV A Health Plex, 6355 Walker Lane, Alexandria, VA 22310-3245 |
| 16780485 | + | MDTA, Maryland Transportation Authority, P.O. Box 5060, Middle River, MD 21220-0060 |
| 16780481 | | Matrix Cards, (Issued by Celtic Bank, serviced by Cont, P .0. Box 8099, Newark, DE 19714-8099 |
| 16780579 | | Michael Wayne Investments, 1234 Investment Lane, Houston, TX 77002 |
| 16780487 | | Montgomery County Automated Traffic Enforcement PO, Rockville, MD 20849 |
| 16780480 | + | Paula Salvalggio, % PBS Construction LLC, 2862 County Road 658,, Farmersville, TX 75442-6235 |
| 16780570 | + | Rent Grow, Inc., 117 Huntington Avenue,, Suite 1703 #74213 Boston, MA 02199-7602 |
| 16780562 | + | Springfield IRS Office, Internal Revenue Service, 3101 Constitution Drive, Springfield, IL 62704-6728 |
| 16780574 | + | The Vineyard on Lancaster Apartments, 1401 E. Lancaster Ave, Fort Worth, TX 76102-6776 |
| 16780547 | + | U.S. Acute Care Solutions, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 16781264 | + | US Attorney Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5794 |
| 16780582 | + | United Revenue Corporation, P.O. Box 1188, Arlington, TX 76004-1188 |
| 16780548 | + | University of Maryland Global Campus 3501 Universi, Adelphi, MD 20783-7998 |
| 16780545 | + | University of North Texas, 1155 Union Circle #311400, Denton, TX 76203-5017 |
| 16780572 | | Virginia Commonwealth University, 907 Floyd A venue, Richmond, VA 23284 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: itzladylexi@gmail.com | Jul 26 2025 00:41:00 | Vanessa Lee Halsey, 350 S. Van Dorn Street, Alexandria, VA 22304-4346 |
| tr | + | EDI: BDFKING | Jul 26 2025 04:27:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16780483 | + | EDI: AARGON.COM | Jul 26 2025 04:27:00 | Aargon Agency, Inc., 8668 Spring Mountain Road, Suite 110, Las Vegas, NV 89117-4119 |
| 16780612 | + | Email/Text: bk@avant.com | Jul 26 2025 00:44:00 | Avant Card/ Web Bank, Avant, LLC, 222 N. LaSalle St., Suite 1700, Chicago, IL 60601-1101 |
| 16780546 | | Email/Text: cfcbackoffice@contfinco.com | Jul 26 2025 00:42:00 | Continental Finance, 4550 New Linden Hill Road,, Suite 400 Wilmington, DE 19808 |
| 16780578 | | EDI: CAPITALONE.COM | Jul 26 2025 04:27:00 | Capital One Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16780577 | + | EDI: CITICORP | Jul 26 2025 04:27:00 | Citibank Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

Case 25-11492-BFK   Doc 12   Filed 07/27/25   Entered 07/28/25 00:15:15   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0422-9 | User: halllinda | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: 309A | Total Noticed: 40 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 16780493 | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2025 00:47:18 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16780484 | Email/Text: consumers@fcsbpo.com | Jul 26 2025 00:42:00 | First Credit Services, Inc, 9 Wills Way Bldg 3, Piscataway, Nj 08854-3770 |
| 16780544 | EDI: AMINFOFP.COM | Jul 26 2025 04:27:00 | First Premier Cards, First PREMIER Bank, P.O. Box 5528, Sioux Falls, SD 57117-5528 |
| 16780580 | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 26 2025 00:42:00 | National Credit Systems, Inc., P.O. Box 312125, Atlanta, GA 31131 |
| 16780575 | EDI: NTXTOLWAY | Jul 26 2025 04:27:00 | North Texas Tollway Authority, P.O. Box 660244, Dallas, TX 75266-0244 |
| 16780563 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2025 00:48:06 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 16780543 | Email/Text: ccubankruptcy.notices@maryland.gov | Jul 26 2025 00:42:00 | Central Collections Unit, 300 West Preston Street, Baltimore, MD 21201 |
| 16780576 | + Email/Text: bankruptcy@sw-credit.com | Jul 26 2025 00:43:00 | Southwest Credit Systems, L.P., 4120 International Parkway,, Suite 1100 Carrollton, TX 75007-1958 |
| 16780494 | Email/Text: cfcbackoffice@contfinco.com | Jul 26 2025 00:42:00 | Surge Cards, (Issued by Celtic Bank, serviced by Cont, P.O. Box 8099, Newark, DE 19714-8099 |
| 16780488 | EDI: TCISOLUTIONS.COM | Jul 26 2025 04:27:00 | Total Cards, P.O. Box 89725, Sioux Falls, SD 57109-9725 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16780566 | * | CKS Prime Investments, LLC 1800 Route 34 North, Building 3, Suite 305C, Wall Township, NJ 07719 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

District/off: 0422-9 User: halllinda Page 3 of 3
Date Rcvd: Jul 25, 2025 Form ID: 309A Total Noticed: 40
TOTAL: 2